EXHIBIT "G"

# BILL OF SALE

KNOW ALL MEN BY THESE PRESENTS,

    THAT WILLIAM SANCHEZ, who resides at 145 Georgetown Road, Weston, Connecticut 06883, the "SELLER", for and in consideration of the sum ONE MILLION ONE HUNDRED FIFTY-THREE THOUSAND ($1,153,000.00) DOLLARS, and for good and other valuable consideration received by the SELLER, at or before the delivery of this Bill of Sale to BRUCKNER BEVERAGE INC., a New York corporation whose principal place of business is located at 22 Stony Hollow, Chappaqua, New York 10514, the "BUYER", has bargained and sold to the BUYER, and does grant and convey unto the BUYER, subject to the provisions of a Contract dated July 31st, 2013, all of its right, title and its interest in and to BUHRE BEVERAGE DIST., INC., a New York corporation with offices at 65 Brush Road, Bronx, New York 10465.

    The SELLER warrants and represents that SELLER knows of no legal proceedings existing or threatened against SELLER. SELLER further covenants and agrees, to defend the sale of the aforesaid PEPSI COLA BOTTLING COMPANY OF N.Y., INC. Distributorship and the business assets hereby sold hereby to the BUYER against all and every person and persons asserting claims against the right, title and interest being conveyed.

    SELLER DOES FURTHER COVENANT AND AGREE not to re-establish, re-open, be engaged in, or in any manner whatsoever become interested, directly or indirectly, either as employee, as owner, as partner, as agent, or as stockholder, director or officer of a corporation, or otherwise, in any business competitive with BUHRE BEVERAGE DIST., INC. for a term of twelve (12) years from the date of this Bill of Sale, unless the SELLER forecloses upon the Security Agreement being executed and delivered simultaneously with this Bill of Sale.

    IN WITNESS WHEREOF, the SELLER has caused this Bill of Sale to be signed by its authorized corporate officers, and cause its proper corporate seal to be hereto affixed, the 31st day of July, 2013.

_____
WILLIAM SANCHEZ

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF WESTCHESTER    )

WILLIAM SANCHEZ, being duly sworn, deposes and says:

That he resides at 145 Georgetown Road, Weston, Connecticut 06883.

He is the sole owner, officer and director of BUHRE BEVERAGE DIST., INC. (the "Corporation").

That there are no mortgages, liens, conditional sales agreement or other encumbrances of whatever nature or description affecting the said goods and chattels set forth in the foregoing schedule and that they are absolutely free and clear thereof.

WILLIAM SANCHEZ represents that the Corporation is not indebted to any one and has no creditors.

That there are no actions pending against the Corporation in any court; nor are there any replevins, judgments or executions outstanding against the Corporation now in force; nor has any petition in bankruptcy or arrangement proceedings been filed by or against the Corporation; nor has the Corporation taken advantage of any law relating to insolvency.

That this Affidavit is made for the express purpose and with the intent of inducing BRUCKNER BEVERAGE INC. to purchase the Corporation, knowing full well that it will rely upon this Affidavit and pay a good and valuable consideration.

_____
WILLIAM SANCHEZ

Sworn to before me this
31st day of September, 2013

_____
Notary Public

ALLAN M. STERN
NOTARY PUBLIC, STATE OF NEW YORK
· NO. 02ST6105979
QUALIFIED IN NASSAU COUNTY
**·**·· EXPIRES
2/23/16