EXHIBIT "B"



Pepsi-Cola Bottling Company of New York Inc.

April 3, 2014

Mr. William Sanchez
Buhre Beverage Distributor, Inc.
145 Georgetown Road
Weston, CT. 06883

REGISTERED MAIL

Dear Mr. Sanchez:

Please be advised that the Distributor Agreement between you and Pepsi Cola Bottling Company of New York, Inc. is hereby terminated effective thirty (30) days after the mailing of this Notice as a result of:

1. Your breach of the "Transfers" provision of the Distributor Agreement; and

2. Your breach of the "Payment" provision of the Distributor Agreement; and

3. Your breach of the "Outlet Coverage" provision of the Distributor Agreement; and

4. The filing by Buhre Beverage Distributor, Inc. and/or the filing against Buhre Beverage Distributor, Inc., of a Petition under the Bankruptcy Laws.

Very truly yours,

Pepsi Cola Bottling Company of N.Y, Inc

By: _____
David Downs

DD/bm

Cc: Buhre Beverage Distributor, Inc.
17238.ltr

650 Brush Avenue, Bronx, NY 10465  Tel. (718) 517-6400