UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS
------------------------------------------------------------------X
In re:

BUHRE BEVERAGE DISTRIBUTION, INC.,

                Debtor.

------------------------------------------------------------------X
WILLIAM SANCHEZ,

                Plaintiff,

      -against-

BUHRE BEVERAGE DISTRIBUTION, INC.,
BHAVEEN SAPRA, BRUCKNER BEVERAGE, INC.
and PEPSI-COLA BOTTLING COMPANY OF NEW
YORK, INC.,

                Defendants.
------------------------------------------------------------------X

Chapter 11

Case No. 14-22048-rdd

Adv. Pro. No.: 14-08218-rdd

## AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL

STATE OF NEW YORK )
                        )
COUNTY OF SUFFOLK )

     Andrea Savin, being duly sworn, deposes and says:

     I am not a party in the above referenced action, am over 18 years of age and reside in Nassau County, New York. On May 2, 2014, I served a copy of the **"Notice of Hearing, Affirmations and Exhibits"**, by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the entities set forth below, at the last known address set forth after each name as follows:

                        Buhre Beverage Distribution, Inc
                        22 Stony Hollow
                        Chappaqua, NY 10514

                        Bhaveen Sapra
                        22 Stony Hollow
                        Chappaqua, NY 10514

Bruckner Beverage, Inc.
22 Stony Hollow
Chappaqua, NY 10514

Pepsi-Cola Bottling Company of New York, Inc.
c/o Stanley Israel, Esq.
650 Brush Ave
Bronx, NY 10465

Anne J. Penachio
Penachio Malara LLP
235 Main Street, Sixth Floor
White Plains, NY 10601

United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

                                                  */s/ Andrea Savin*
                                                  Andrea Savin

Sworn to before me this 2nd
day of May, 2014

*/s/ Michael G. Mc Auliffe*
Notary Public