UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re

BUHRE BEVERAGE DISTRIBUTION, INC.,

          Debtor.
----------------------------------------------------------------x
In re

WILLIAM SANCHEZ,

          Plaintiff,

 -against-

BUHRE BEVERAGE DISTRIBUTION, INC.,
BHAVEEN SAPRA, BRUCKNER BEVERAGE,
INC. AND PEPSI-COLA BOTTLING COMPANY
OFNEW YORK, INC.

          Defendants.
----------------------------------------------------------------x

Chapter 11

Case No. 14-22048-RDD

Adversary Pro. No. 14-08218-RDD

## STIPULATION AND ORDER EXTENDING THE TIME OF DEFENDANTS TO ANSWER OR OTHERWISE MOVE

  **WHEREAS**, the above-captioned Adversary Proceeding was filed on April 3, 2014 and a Summons was issued on April 7, 2014; and

  **WHEREAS**, Buhre Beverage Distribution, Inc., Bhaveen Sapra and Bruckner Beverage, Inc. are named defendants (collectively, the "Buhre Defendants"); and

  **WHEREAS**, the Buhre Defendants' time to answer the Complaint or otherwise move expires on May 7, 2014; and

  **WHEREAS,** Plaintiff and the Buhre Defendants have agreed to an extension of time to answer or otherwise move; and

**IT IS NOW, THEREFORE, STIPULATED** by and between the parties hereto that the Buhre Defedants' time to answer or otherwise move in response to the Complaint in the within action is extended to and including June 1, 2014 without prejudice to further extension.

Dated: White Plains, New York
      May 7, 2014

                                      PENACHIO MALARA LLP
                                      Attorneys for Buhre Defendants

                                        By: /s/ Anne Penachio
                                      Anne Penachio, Esq.
                                      235 Main Street, Suite 610
                                      White Plains, NY 10601
                                      (914) 946-2889
                                      apenachio@pmlawllp.com

Dated: White Plains, New York
      May 7, 2014

                                      MICHAEL G. MCAULIFFE

                                      /s/Michael G. McAuliffe
                                      By:
                                      Michael G. McAuliffe, Esq.
                                      68 South Service Road, Suite 100
                                      Melville, NY 11747
                                      (631)-465-0044

**SO ORDERED:**
White Plains, New York
May 8, 2014

/s/Robert D. Drain
UNITED STATES BANKRUPTCY JUDGE