NANCY ISAACSON, ESQ. (NI/1325)
GREENBAUM, ROWE, SMITH & DAVIS LLP
75 Livingston Ave., Suite 301
Roseland, New Jersey 07068-3701
(973) 535-1600
Attorneys for Creditor, Pepsi-Cola Bottling Company of New York, Inc.

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------X
In re:                                  :      Chapter 11
                                        :
Buhre Beverage Distribution, Inc.       :      Case No. 14-22048(RDD)
                                        :
        Debtors                         :
---------------------------------------------X
William Sanchez,                        :
        Plaintiff                       :
                                        :      Adv. Pro. No.: 14-08218(RDD)
v.                                      :
Buhre Beverage Distribution, Inc.,      :
 et. als.                               :
        Defendants                      :
---------------------------------------------X

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE**, that the undersigned, attorney for creditor, Pepsi-Cola Bottling Company of New York, Inc. hereby requests that all notices to be given or required to be served in this case, be given and served upon the following:

**Nancy Isaacson, Esq. (NI/1325)**
**GREENBAUM, ROWE, SMITH & DAVIS LLP**
**75 Livingston Avenue, Suite 301**
**Roseland, New Jersey 07068-3701**
**Email: nisaacson@greenbaumlaw.com**
**Tel: (973) 577-1930**
**Fax: (973) 577-1931**

2855044.1

GREENBAUM, ROWE, SMITH & DAVIS LLP
Attorneys for Creditor, Pepsi-Cola Bottling Company of New York, Inc.


By: /s/ Nancy Isaacson
    Nancy Isaacson, Esq.

Dated: May 8, 2014

2855044.1