# Law Office of Michael G. Mc Auliffe, Esq.

68 South Service Road, Suite 100
Melville, New York 11747
Telephone (631) 465-0044
Facsimile (631) 465-0045
mgmlaw@optonline.net

May 12, 2014

**Via ECF**

Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4140

                Re:    William Sanchez v. Buhre Beverage Distribution, Inc., at al
                      Adv. Pro. No.: 14-08218-rdd

Dear Judge Drain:

      This office is counsel to William Sanchez, the Plaintiff in the above referenced adversary proceeding. Pursuant my conversation with Chambers, please let this letter confirm that Plaintiff's Motion Seeking a Temporary Restraining Order and Related Relief (Docket#5) which is scheduled to be heard on May 13, 2014 shall be adjourned on consent until May 29, 2014 at 10:00 a.m.

      Thank you for your kind attention to this matter.

                                          Respectfully,

                                          */s/ Michael G. Mc Auliffe*

                                          Michael G. Mc Auliffe

MGM/as
cc:    Anne Penachio, Esq., Counsel to Buhre Beverage, Bhaveen Sapra
        and Bruckner Beverage (Via Email)
        Thomas Waldman, Esq., counsel to Pepsi (Via Email)
        William Sanchez (Via Email)