**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------X
In re:                                          :
                                                :   CASE NO. 14-22048-rrd
BUHRE BEVERAGE DISTRIBUTION,    :
INC.                                            :   Chapter 11
                Debtor.        :
------------------------------------------------------X
                                                :
WILLIAM SANCHEZ,                  :   Adv. Pro. No. 14-08218-rrd
 Chapter 7 Trustee                      :
                Plaintiff,     :
vs.                                             :
                                                :
BUHRE BEVERAGE DISTRIBUTION,    :
INC., et. als.                                  :
                Defendants.   :
------------------------------------------------------X

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Thomas A. Waldman, Esq., to be admitted, *pro hac vice*, to represent Pepsi-Cola Bottling Company of New York, (the "Client") a defendant in the above referenced adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of New Jersey and the bar of the U.S. District Court for the District of New Jersey, it is hereby

**ORDERED**, that Thomas A. Waldman, Esq., is admitted to practice, *pro hac vice*, in the above referenced adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
       May 29, 2014

                                        __/s/Robert D. Drain_____
                                        Hon. Robert D. Drain,
                                        UNITED STATES BANKRUPTCY JUDGE

2882681.1