UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

In re

BUHRE BEVERAGE DISTRIBTUION, INC.,

                      Debtor.

Chapter 11

Case No. 14-22048 RDD

----------------------------------------------------------------x

In re

WILLIAM SANCHEZ,

                      Plaintiff,

   -against-

BUHRE BEVERAGE DISTRIBUTION, INC.,
BHAVEEN SAPRA, BRUCKNER BEVERAGE,
INC. AND PEPSI-COLA BOTTLING COMPANY
OFNEW YORK, INC.

                      Defendants.

Adversary Pro. No. 14-08218-RDD

----------------------------------------------------------------x

**STIPULATION AND ORDER EXTENDING THE TIME OF DEFENDANS TO <u>ANSWER OR OTHERWISE MOVE</u>**

       **WHEREAS**, the above-captioned Adversary Proceeding was filed on April 3, 2014 and a Summons was issued on April 7, 2014; and

       **WHEREAS**, Buhre Beverage Distribution, Inc. Bhaveen Sapra and Bruckner Beverage, Inc. are named defendants (collectively, the "Buhre Defendants"); and

       **WHEREAS**, the Buhre Defendants' time to answer the Complaint or otherwise move expires on May 7, 2014; and

       **WHEREAS,** Plaintiff and the Buhre Defendants have agreed to an extension of time to answer or otherwise move; and

       **IT IS NOW, THEREFORE, STIPULATED** by and between the parties hereto

that the Buhre Defedants' time to answer or otherwise move in response to the Complaint in the within action is extended to and including June 10, 2014 without prejudice to further extension.

Dated: White Plains, New York
       May 30, 2014

                                    PENACHIO MALARA LLP
                                    Attorneys for Buhre Defendants
                                    By: /s/ Anne Penachio
                                    Anne Penachio, Esq.
                                    235 Main Street, Suite 610
                                    White Plains, NY 10601
                                    (914) 946-2889
                                    apenachio@pmlawllp.com

Dated: Melville, New York
       June 2, 2014

                                    MICHAEL G. MCAULIFFE

                                    By:
                                    Michael G. McAuliffe, Esq.
                                    68 South Service Road, Suite 100
                                    Melville, NY 11747
                                    (631)-465-0044

**SO ORDERED:**
White Plains, New York
June 2, 2014


     /s/Robert D. Drain
UNITED STATES BANKRUPTCY JUDGE