UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X
In re:                                              :
                                                    :     CASE NO. 14-22048-rrd
BUHRE BEVERAGE DISTRIBUTION,                        :
INC.                                                :     Chapter 11
                    Debtor.                         :
------------------------------------------------------X
                                                    :
WILLIAM SANCHEZ,                                    :     Adv. Pro. No. 14-08218-rrd
 Chapter 7 Trustee                                  :
                    Plaintiff,                      :
vs.                                                 :
                                                    :
BUHRE BEVERAGE DISTRIBUTION,                        :
INC., et. al.                                       :
                    Defendants.                     :
------------------------------------------------------X

**STIPULATION AND ORDER EXTENDING THE TIME OF DEFENDANT PEPSI-COLA BOTTLING COMPANY of NEW YORK, INC. TO ANSWER OR OTHERWISE MOVE**

WHEREAS, the above-captioned Adversary Proceeding was filed on April 3, 2014 and a Summons was issued on April 7, 2014; and

WHEREAS, Pepsi-Cola Bottling Company of New York, Inc. ("PCBCNY)") is named as a defendant; and

WHEREAS, PCBCNY's time to answer the Complaint or otherwise move expired on May 7, 2014; and

WHEREAS, the Plaintiff and PCBCNY have agreed to an extension of time to answer or otherwise move; and

IT IS NOW, THEREFORE, STIPULATED by and between the parties that PCBCNY's time to answer or otherwise move in response to the Complaint in the within action is extended to and including June 10, 2014.

1

2883846.1

Dated: May 30, 2014
Roseland, New Jersey

          GREENBAUM ROWE SMITH & DAVIS, LLP
          Attorneys for Defendant, Pepsi-Cola Bottling Company of New York

          By: /s/Thomas A. Waldman
          Thomas A. Waldman, Esq.
          75 Livingston Ave., Suite 301
          Roseland, New Jersey 07068
          (973) 577-1928

Dated: May 30, 2014
Melville, New York

          MICHAEL G. MC AULIFFE

          By: /s/Michael G. Mc Auliffe
          Michael G. Mc Auliffe, Esq.
          68 South Service Road, Suite 100
          Melville, NY 11747
          (631)465-0044


SO ORDERED:
White Plains, New York
June 4, 2014


/s/Robert D. Drain
UNITED STATES BANKRUTPCY JUDGE