# Law Office of Michael G. Mc Auliffe, Esq.

68 South Service Road, Suite 100
Melville, New York 11747
Telephone (631) 465-0044
Facsimile (631) 465-0045
mgmlaw@optonline.net

June 11, 2014

<u>**Via ECF**</u>

Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4140

              Re:    <u>William Sanchez v. Buhre Beverage Distribution, Inc., at al</u>
                    <u>Adv. Pro. No.: 14-08218-rdd</u>

Dear Judge Drain:

      This office is counsel to William Sanchez, the Plaintiff in the above referenced adversary proceeding. Pursuant my conversation with Chambers, please let this letter confirm that Plaintiff's Motion Seeking a Temporary Restraining Order and Related Relief (Docket#5) and Pre Trial Conference shall be adjourned on consent until August 8, 2014 at 10:00 a.m.

      Thank you for your kind attention to this matter.

                                                     Respectfully,

                                                     */s/ Michael G. Mc Auliffe*

                                                     Michael G. Mc Auliffe

MGM/as
    cc:    Anne Penachio, Esq., Counsel to Buhre Beverage, Bhaveen Sapra
           and Bruckner Beverage (Via Email)
           Thomas Waldman, Esq., counsel to Pepsi (Via Email)
           William Sanchez (Via Email)

\\MGMLAW\Users\Michael McAuliffe\Documents\Mike-DOC\Letters\Judge Drain (Sanchez) - June 11, 2014.wpd