UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS

**Hearing Date and Time:**
**September 23, 2014 at 10:00 a.m.**

-----------------------------------------------------------------X
In re:

BUHRE BEVERAGE DISTRIBUTION, INC.,

Chapter 11

Case No. 14-22048-rdd

Debtor.
-----------------------------------------------------------------X

WILLIAM SANCHEZ,

                Plaintiff,

Adv. Pro. No.: 14-08218-rdd

-against-

BUHRE BEVERAGE DISTRIBUTION, INC.,
BHAVEEN SAPRA and BRUCKNER BEVERAGE, INC.,

                Defendants.
-----------------------------------------------------------------X

TO THE OFFICE OF THE U.S. TRUSTEE, THE DEFENDANTS, AND ALL PERSONS WHO HAVE FILED REQUESTS FOR RECEIPT OF ALL NOTICES SERVED AND FILED IN THIS ADVERSARY PROCEEDING:

**PLEASE TAKE NOTICE,** that at 10:00 a.m. on September 23, 2014, or as soon thereafter as counsel can be heard, a hearing will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, in Courtroom 118 at the United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York 10601 seeking the entry of an Order: (a) pursuant to Federal Rule of Bankruptcy Procedure ("FRBP") 7056 and Federal Rule of Civil Procedure ("FRCP") 56 granting summary judgment in favor of WILLIAM SANCHEZ ("Plaintiff") and against BUHRE BEVERAGE DISTRIBUTION, INC. (alternatively, "Buhre" and the "Debtor"), BHAVEEN SAPRA ("B. Spara"), and BRUCKNER BEVERAGE, INC. ("Bruckner") (collectively, the "Defendants"), the Defendants herein, on the first and third claims for relief in

the Plaintiff's complaint in this adversary proceeding; and (b) granting the Plaintiff such other, and further relief as the Court deems to be just and proper under the circumstances.

**PLEASE TAKE FURTHER NOTICE,** that objections, if any, to the relief requested in the Motion shall be in writing and served so as to be received by: (i) the Clerk of the United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York 10601, with a courtesy copy to the Chambers of Judge Robert D. Drain; (ii) The Law Office of Michael G. Mc Auliffe, Esq., 68 South Service Road, Suite 100, Melville, New York, 11747; (iii) Penachio & Malara, LLP, 235 Main Street, White Plains, New York 10601; and (iv) the Office of the United States Trustee, 33 Whitehall Street, Suite 2100, New York, NY 10004, no later than September 16, 2014 at 5:00 p.m.

**PLEASE TAKE FURTHER NOTICE,** that your response to the Motion is not required and you need not appear at the Hearing if you do not object to the relief requested in the Application.

Dated: Melville, New York
       September 5, 2014

                              LAW OFFICE OF MICHAEL G. Mc AULIFFE
                              Counsel to the Plaintiff

                By    /s/ Michael G. Mc Auliffe
                        Michael G. Mc Auliffe, Esq.
                        68 South Service Road, Suite 100
                        Melville, New York 11747
                        (631) 465-0044