**EXHIBIT "G"**



Pepsi-Cola Bottling Company of New York Inc.

Peter Gaudet
Vice President
Labor Relations

June 12, 2013

Mr. Bhaveen Sapra
22 Stony Hollow
Chappaqua, NY 10514

Mr. John Brown
3266 Lafayette Avenue
Bronx, NY 10465

Dear Mr. Sapra and Mr. Brown:

      We are happy to inform you that your request for the purchase of Buhre Beverage Distributor, Inc., has been approved. Final approval is based upon the update on your (Bhaveen Sapra) green card status and details on allowances and restrictions attached to this green card. Also a letter of recommendation from your General Sales Manager.

      This is a reminder, however, that <u>before</u> you make said appointment, the following must be attended to. <u>No closing will take place unless there is proof that such items have been attended to; there will be no exceptions.</u>

1. Certificate indicating an active **Federal I.D. number**.

2. Validated permanent Certificate of Authority indicating an active Resale Tax Identification Number (this takes approximately four to six weeks from the date of application in Albany).

3. Properly completed New York State Resale Certificate.

4. Certificate of Insurance showing effective Workers Compensation Insurance.

5. Advise Anthony Fasano of truck transfer and arrange for proof at closing of effective general liability and vehicle insurance. Also, make arrangements to meet with the Distributor's Association Transfer Committee.

6. Certificate of Incorporation, filing receipt and original stock certificate with the following legend typed on the face thereof:

    "The shares of this corporation may be transferred only in accordance with a Distributorship Agreement with Pepsi-Cola Bottling Company of New York, Inc.

7. Review your territorial boundaries for accuracy and secure signatures of contiguous distributors. Be sure to provide an accurate pictorial map and verbal

description of the territory you are purchasing. This is particularly important if said territory constitutes only a portion of your seller's total territory.

8. Review, and if possible sign, vending equipment documentation.

9. Secure your Class 3 License.

10. Make arrangements for proper uniforms.

12. Deposit $53,154 in your corporate checking account.

13. Continue to ride the route.

14. Secure Distributor Administrative manual.

15. Pass physical and drug screening test

If there are any further questions, please do not hesitate to contact me.

Very truly yours,

Peter Gaudet

cc: S. Israel
S. Allmers
M. Johnson
W. Wilson
D. Downs

A. Fasano
M. Buonassisi
S. Tursi

Kathy/h/b.Sapra061213
AppLtr