EXHIBIT "M"

STOCK POWER

FOR VALUE RECEIVED, WILLIAM SANCHEZ, residing at 145 Georgetown Road, Weston, Connecticut 06883, hereby sells, assigns and transfers unto BRUCKNER BEVERAGE INC., a New York corporation doing business at 22 Stony Hollow, Chappaqua, New York 10514 one (1) share of BUHRE BEVERAGE DIST, INC. standing in my name on the books of said Corporation represented by Certificate No. # ____ herewith, and do hereby irrevocably constitute and appoint John C. Lettera, Esq. attorney to transfer the said stock on the books of said Corporation with full power of substitution in the premises.

Dated: Purchase, New York
7/31/13

Witness: _____

_____
WILLIAM SANCHEZ