**EXHIBIT "N"**

**430097**          **2013 Aug 04 PM10:10**

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Allan M. Stern 516-747-6223

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Allan M. Stern, Esq.
P.O. Box 823
Glenwood Landing, NY 11545, USA

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names
   1a. ORGANIZATION'S NAME: Buhre Beverage Dist., Inc.
   1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX
   1c. MAILING ADDRESS: 22 Stony Hollow | CITY: Chappaqua | STATE: NY | POSTAL CODE: 10514 | COUNTRY: USA
   1d. ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION: Corporation | 1f. JURISDICTION OF ORGANIZATION: NY

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names
   2a. ORGANIZATION'S NAME: Bruckner Beverage Inc.
   2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX
   2c. MAILING ADDRESS: 22 Stony Hollow | CITY: Chappaqua | STATE: NY | POSTAL CODE: 10514 | COUNTRY: USA
   2d. ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION: Corporation | 2f. JURISDICTION OF ORGANIZATION: NY

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)
   3a. ORGANIZATION'S NAME:
   3b. INDIVIDUAL'S LAST NAME: Sanchez | FIRST NAME: William | MIDDLE NAME | SUFFIX
   3c. MAILING ADDRESS: 145 Georgetown Road | CITY: Weston | STATE: Ct | POSTAL CODE: 06883 | COUNTRY: USA

4. This FINANCING STATEMENT covers the following collateral:
Share of stock of Bruckner Beverage Inc. and the assets of Buhre Beverage Dist., Inc.

5. ALTERNATIVE DESIGNATION [if applicable]: LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING
6. This FINANCING STATEMENT is to be filed (for record) (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | All Debtors | Debtor 1 | Debtor 2
8. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

**Filing Number-20130804B316959**