EXHIBIT "Q"

SmBus, PENAP

# U.S. Bankruptcy Court
## Southern District of New York (White Plains)
## Bankruptcy Petition #: 14-22048-rdd

*Assigned to:* Judge Robert D. Drain
Chapter 11
Voluntary
Asset

*Date filed:* 01/13/2014
*341 meeting:* 02/05/2014
*Deadline for filing claims:* 05/22/2014

*Debtor*
**Buhre Beverage Distribution, Inc**
22 Stony Hollow
Chappaqua, NY 10514
WESTCHESTER-NY
Tax ID / EIN: 26-0111840

represented by **Anne J. Penachio**
Penachio Malara LLP
235 Main Street
Sixth Floor
White Plains, NY 10601
(914) 946-2889
Fax : (914) 946-2882
Email: apenachio@pmlawllp.com

*U.S. Trustee*
**United States Trustee**
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014
(212) 510-0500

| Filing Date | # | Docket Text |
|---|---|---|
| 01/13/2014 | <u>1</u><br>(7 pgs) | Voluntary Petition (Chapter 11). Order for Relief Entered. Schedule A due 01/27/2014. Schedule B due 01/27/2014. Schedule D due 01/27/2014. Schedule E due 01/27/2014. Schedule F due 01/27/2014. Schedule G due 01/27/2014. Schedule H due 01/27/2014. Summary of schedules - Page 1 due 01/27/2014. Statement of Financial Affairs due 01/27/2014. Atty Disclosure State. due 01/27/2014. Employee Income Record Due: 01/27/2014. Incomplete Filings due by 01/27/2014, Small Business Chapter 11 Plan due by 11/10/2014, Filed by Anne J. Penachio of Penachio Malara LLP on behalf of Buhre |

| | | |
|---|---|---|
| | | Beverage Distribution, Inc. (Penachio, Anne) (Entered: 01/13/2014) |
| 01/13/2014 | | Receipt of Voluntary Petition (Chapter 11)(14-22048) [misc,824] (1213.00) Filing Fee. Receipt number 9871780. Fee amount 1213.00. (Re: Doc # 1) (U.S. Treasury) (Entered: 01/13/2014) |
| 01/14/2014 | | Deficiencies Set: Section 521(i) Incomplete Filing Date: 2/27/2014. Statement of Operations Due: 1/13/2014. Balance Sheet Due Date:1/13/2014. Cash Flow Statement Due:1/13/2014. Federal Income Tax Return Date: 01/21/2014 Corporate Resolution due 1/13/2014. Local Rule 1007-2 Affidavit due by: 1/13/2014. Incomplete Filings due by 1/13/2014. (Vargas, Ana) (Entered: 01/14/2014) |
| 01/14/2014 | | Pending Deadlines Terminated: Employee Income Record . (Vargas, Ana) (Entered: 01/14/2014) |
| 01/14/2014 | 2 (3 pgs; 2 docs) | Notice of 341(a) Meeting of Creditors with 341(a) meeting to be held on 2/5/2014 at 01:30 PM at Room 243A, White Plains. (Vargas, Ana) (Entered: 01/14/2014) |
| 01/16/2014 | 3 (3 pgs) | Certificate of Mailing Re: Notice of 341(a) Meeting of Creditors (related document(s) (Related Doc # 2)) . Notice Date 01/16/2014. (Admin.) (Entered: 01/17/2014) |
| 02/06/2014 | 4 (8 pgs) | Statement of Financial Affairs filed by Anne J. Penachio on behalf of Buhre Beverage Distribution, Inc. (Penachio, Anne) (Entered: 02/06/2014) |
| 02/06/2014 | 5 (12 pgs) | Schedules filed: Schedule A, Schedule B, Schedule C, Schedule D, Schedule E, Schedule F, Schedule G, Schedule H, Schedule I, Schedule J filed by Anne J. Penachio on behalf of Buhre Beverage Distribution, Inc. (Penachio, Anne) (Entered: 02/06/2014) |
| 02/06/2014 | 6 (2 pgs) | Affidavit *Pursuant to Local Rule 1007-2* filed by Anne J. Penachio on behalf of Buhre Beverage Distribution, Inc. (Penachio, Anne) (Entered: 02/06/2014) |

| | | |
|---|---|---|
| 02/06/2014 | <u>7</u><br>(1 pg) | Affidavit *relating to the payment of a third party reatiner* filed by Anne J. Penachio on behalf of Buhre Beverage Distribution, Inc. (Penachio, Anne) (Entered: 02/06/2014) |
| 02/06/2014 | <u>8</u><br>(1 pg) | Letter *Corporate Resolution* filed by Anne J. Penachio on behalf of Buhre Beverage Distribution, Inc. (Penachio, Anne) (Entered: 02/06/2014) |
| 03/10/2014 | | Pending Deadlines for Schedules A, B, D, E, F, G, H, Summary of Schedules, Corporate Resolution and 1007 Affidavit Terminated. (Andino, Eddie) (Entered: 03/10/2014) |
| 03/10/2014 | <u>9</u><br>(43 pgs; 8 docs) | Motion to Approve *the Debtor's Motion to (I) Enforce the Automatic Stay Implicated by 11 U.S.C. §362(a)(3); (II) Compel the Turnover of Property, Books and Records Pursuant to 11 U.S.C. §541; (III) Impose Costs and Sanctions Against Xenia Nunez and Bill Sanchez; and (IV) For Such Other and Further Relief as is Just and Proper* filed by Anne J. Penachio on behalf of Buhre Beverage Distribution, Inc. (Attachments: # <u>1</u> Exhibit A Contract of Sale # <u>2</u> Exhibit B Security Agreement # <u>3</u> Exhibit C Bill of Sale, Affidavit and Stock Power # <u>4</u> Exhibit D UCC Financing Statement # <u>5</u> Exhibit E Amended UCC Financing Statement # <u>6</u> Exhibit F Notice of Sale # <u>7</u> Exhibit G Communications) (Penachio, Anne) (Entered: 03/10/2014) |
| 03/10/2014 | <u>10</u><br>(8 pgs) | Affirmation *in Support of Order Shortening Time and Scheduling an Expedited Hearing on the Debtor's Motion to (I) Enforce the Automatic Stay Implicated by 11 U.S.C. §362(a)(3); (II) Compel the Turnover of Property, Books and Records Pursuant to 11 U.S.C. §541; (III) Impose Costs and Sanctions Against Xenia Nunez and Bill Sanchez; and (IV) For Such Other and Further Relief as is Just and Proper* (related document(s) <u>9</u>) filed by Anne J. Penachio on behalf of Buhre Beverage Distribution, Inc. (Penachio, Anne) (Entered: 03/10/2014) |
| 03/10/2014 | <u>11</u><br>(2 pgs) | Order signed on 3/10/2014 SHORTENING TIME AND SCHEDULING A HEARING ON DEBTORSMOTION TO (I) ENFORCE THE |

| | | |
|---|---|---|
| | | AUTOMATIC STAY UNDER 11 U.S.C. § 362 (a), (II)COMPEL THE TURNOVER OF PROPERTY, BOOKS AND RECORDS PURSUANTTO 11 U.S.C. § 542, AND (III) IMPOSE COSTS AND SANCTIONS AGAINST BILLSANCHEZ, AND XENIA NUNEZ (related document(s)9, 10). Hearing to be held on 3/17/2014 at 10:00 AM at Courtroom 118, White Plains Courthouse. (Andino, Eddie) (Entered: 03/10/2014) |
| 03/10/2014 | 12 (2 pgs) | Affidavit of Service *for Motion to (I) Enforce the Automatic Stay Implicated by 11 U.S.C. §362(a)(3); (II) Compel the Turnover of Property, Books and Records Pursuant to 11 U.S.C. §541; (III) Impose Costs and Sanctions Against Xenia Nunez and Bill Sanchez; and (IV) For Such Other and Further Relief as is Just and Proper, Affirmation in Support of Order Shortening Time and Scheduling a Hearing on the Debtor's Motion; and Order Shortening Time and Scheduling a Hearing on Debtor's Motion* filed by Anne J. Penachio on behalf of Buhre Beverage Distribution, Inc. (Penachio, Anne) (Entered: 03/10/2014) |
| 03/16/2014 | 13 (24 pgs; 3 docs) | Opposition *OF WILLIAM SANCHEZ TO THE DEBTORS MOTION* (related document(s)9) filed by Michael G. McAuliffe on behalf of William Sanchez. (Attachments: # 1 Affidavit # 2 Affidavit of Service) (McAuliffe, Michael) (Entered: 03/16/2014) |
| 03/26/2014 | 14 (15 pgs; 2 docs) | Motion to Set Last Day to File Proofs of Claim *as May 16, 2014* filed by Anne J. Penachio on behalf of Buhre Beverage Distribution, Inc. (Attachments: # 1 Exhibit A Proposed Order and Notice) (Penachio, Anne) (Entered: 03/26/2014) |
| 03/27/2014 | 15 (10 pgs; 3 docs) | Application to Employ Penachio Malara, LLP as Counsel filed by Anne J. Penachio on behalf of Buhre Beverage Distribution, Inc with presentment to be held on 4/16/2014 (check with court for location). (Attachments: # 1 Exhibit A Lardan Affidavit # 2 Exhibit B Affirmation of Anne Penachio) (Penachio, Anne) (Entered: 03/27/2014) |
| | | |

| | | |
|---|---|---|
| 03/27/2014 | 16<br>(2 pgs) | Certificate of Service *for Notice of Presentment of Order Authorizing the Retention of Penachio Malara, LLP as Counsel to the Debtor* (related document(s)15) filed by Anne J. Penachio on behalf of Buhre Beverage Distribution, Inc. (Penachio, Anne) (Entered: 03/27/2014) |
| 03/31/2014 | 17<br>(11 pgs) | Order signed on 3/31/2014 Granting Motion to Set **Last Day to File Proofs of Claim (BAR DATE)** (Related Doc 14). **Proofs of Claim due by 5/22/2014 at 5:00 PM New York Time.** (Correa, Mimi) (Entered: 03/31/2014) |
| 04/01/2014 | 18<br>(2 pgs) | Certificate of Service *for Order signed on 3/31/2014 Granting Motion to Set Last Day to File Proofs of Claim, Notice of Deadline Requiring Filing Proofs of Claim on or before May 22, 2014 at 5:00 PM New York Time and Case Specific Proof of Claim form* (related document(s)17) filed by Anne J. Penachio on behalf of Buhre Beverage Distribution, Inc. (Penachio, Anne) (Entered: 04/01/2014) |
| 04/03/2014 | 19<br>(203 pgs; 16 docs) | Application for Ex Parte Relief *Order to Show Cause* filed by Michael G. McAuliffe on behalf of William Sanchez. (Attachments: # 1 Affirmation of Emergency # 2 Exhibit A # 3 Exhibit B # 4 Exhibit C # 5 Exhibit D # 6 Exhibit E # 7 Exhibit F # 8 Exhibit G # 9 Exhibit H # 10 Exhibit I # 11 Exhibit J # 12 Exhibit K # 13 Exhibit L # 14 Exhibit M # 15 Exhibit N) (McAuliffe, Michael) (Entered: 04/03/2014) |
| 04/04/2014 | 20<br>(173 pgs; 13 docs) | Adversary case 14-08218. Complaint against Buhre Beverage Distribution, Inc, Bhaveen Sapra, Bruckner Beverage, Inc., Pepsi-Cola Bottling Company of New York, Inc. . Nature(s) of Suit: (21 (Validity, priority or extent of lien or other interest in property)), (72 (Injunctive relief - other)) Filed by William Sanchez. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H # 9 Exhibit I # 10 Exhibit J # 11 Exhibit K # 12 Exhibit L) (McAuliffe, Michael) (Entered: 04/04/2014) |
| 05/08/2014 | 21<br>(1 pg) | Notice of Appearance filed by Nancy Isaacson on behalf of Pepsi-Cola Bottling Company of New |

| | | |
|---|---|---|
| | | York, Inc.. (Isaacson, Nancy) (Entered: 05/08/2014) |
| 06/10/2014 | 22<br>(2 pgs; 2 docs) | Application for Pro Hac Vice Admission filed by Thomas A. Waldman on behalf of Pepsi-Cola Bottling Company of New York, Inc.. (Attachments: # 1 Supplement Proposed Order Pro Hac Vice Admission) (Waldman, Thomas) (Entered: 06/10/2014) |
| 06/10/2014 | | Receipt of Application for Pro Hac Vice Admission(14-22048-rdd) [motion,122] ( 200.00) Filing Fee. Receipt number 10145696. Fee amount 200.00. (Re: Doc # 22) (U.S. Treasury) (Entered: 06/10/2014) |
| 06/11/2014 | 23<br>(1 pg) | Order signed on 6/11/2014 Granting Application for admission of Thomas A. Waldman Pro Hac Vice (Related Doc # 22) . (Andino, Eddie) (Entered: 06/11/2014) |
| 06/12/2014 | | Pending Deadlines Terminated. Schedules filed: Schedule A, B, C, D, E, F, G, H, I, J and Statement of Financial Affairs. (Tavarez, Arturo) (Entered: 06/12/2014) |
| 06/12/2014 | | Pending Deadlines Terminated. Filed Statement Cash Flow. (Tavarez, Arturo). (Entered: 06/12/2014) |
| 07/22/2014 | 24<br>(137 pgs; 4 docs) | Motion to Approve *(1) Sale Procedures; (2) Bidding Procedures; (3) Break-Up Fee, if applicable; (4) The Form and Manner of Notice; (5) The Schedule for an Auction and Sale Hearing; (6) Authorizing the Sale of Substantially All of the Debtor's Assets Free and Clear of all Liens, Claims, Interests and Encumbrances, Granting the Successful Bidder Good Faith Status, Waiving the Ten Day Stay of the Sale Order; and (7) Granting Such Other Relief as Proper* filed by Anne J. Penachio on behalf of Buhre Beverage Distribution, Inc with hearing to be held on 8/8/2014 at 10:00 AM at Courtroom 118, White Plains Courthouse. (Attachments: # 1 Exhibit A Sales Procedures Order # 2 Exhibit B Bidding Procedures Order # 3 Exhibit C Contract of Sale) (Penachio, Anne) (Entered: 07/22/2014) |

| | | |
|---|---|---|
| 07/30/2014 | [25](#) (2 pgs) | Affidavit of Service *for Notice and Motion to Approve (1) Sale Procedures; (2) Bidding Procedures; (3) Break-Up Fee, if applicable; (4) The Form and Manner of Notice; (5) The Schedule for an Auction and Sale Hearing; (6) Authorizing the Sale of Substantially All of the Debtor's Assets Free and Clear of all Liens, Claims, Interests and Encumbrances, Granting the Successful Bidder Good Faith Status, Waiving the Ten Day Stay of the Sale Order; and (7) Granting Such Other Relief as Proper* (related document(s) [24](#)) filed by Anne J. Penachio on behalf of Buhre Beverage Distribution, Inc. (Penachio, Anne) (Entered: 07/30/2014) |
| 08/05/2014 | [26](#) (3 pgs) | Supplemental Statement *to Motion to Approve (1) Sale Procedures; (2) Bidding Procedures; (3) Break-Up Fee, if applicable; (4) The Form and Manner of Notice; (5) The Schedule for an Auction and Sale Hearing; (6) Authorizing the Sale of Substantially All of the Debtor's Assets Free and Clear of all Liens, Claims, Interests and Encumbrances, Granting the Successful Bidder Good Faith Status, Waiving the Ten Day Stay of the Sale Order; and (7) Granting Such Other Relief as Proper* (related document(s)[24](#)) filed by Anne J. Penachio on behalf of Buhre Beverage Distribution, Inc. with hearing to be held on 8/8/2014 at 10:00 AM at Courtroom 118, White Plains Courthouse (Penachio, Anne) (Entered: 08/05/2014) |
| 08/05/2014 | [27](#) (13 pgs; 3 docs) | Opposition *of William Sanchez* (related document(s)[24](#)) filed by Michael G. McAuliffe on behalf of William Sanchez. (Attachments: # [1](#) Exhibit A # [2](#) Affidavit of Service) (McAuliffe, Michael) (Entered: 08/05/2014) |
| 08/06/2014 | [28](#) (9 pgs; 3 docs) | Response to Motion *(to limited opposition)* (related document(s)[24](#)) filed by Thomas A. Waldman on behalf of Pepsi-Cola Bottling Company of New York, Inc.. (Attachments: # [1](#) Pleading supporting declaration of Stanley Israel, Esq. # [2](#) Exhibit "A" to Israel Declaration) (Waldman, Thomas) (Entered: 08/06/2014) |
| 08/07/2014 | [29](#) (1 pg) | Affidavit of Service (related document(s)[28](#)) filed by Thomas A. Waldman on behalf of Pepsi-Cola |

| | | |
|---|---|---|
| | | Bottling Company of New York, Inc.. (Waldman, Thomas) (Entered: 08/07/2014) |
| 08/12/2014 | 30 (2 pgs) | Order signed on 8/12/2014 Authorizing the Retention of Penachio Malara, LLP as Counsel for the Debtor (Related Doc # 15) . (Andino, Eddie) (Entered: 08/12/2014) |
| 08/15/2014 | 31 | Transcript regarding Hearing Held on August 8, 2014 at 10:33 AM RE: Motion to Approve (1) Sale Procedures; (2) Bidding Procedures; (#) Break-Up Fee, If Applicable; (4) the Form and Manner of Notice; (5) the Schedule for an Auction and Sale Hearing; (6) Authorizing the Sale of Substantially All of the Debtor's Assets Free and Clear of All Liens, Claims, Interests and Encumbrances, Granting the Successful Bidder Good Faith Status, Waiving the Ten-Day Stay of the Sale Order; and (7) Granting Such Other Relief as Proper; Supplemental Statement to Motion to Approve (1) Sale Procedures; (2) Bidding Procedures; (3) Break-Up Fee, if Applicable; (4) the Form and Manner of Notice; (5) the Schedule of an Auction and Sale Hearing; (6) Authorizing the Sale of Substantially All of the Debtor's Assets Free and Clear of All Liens, Claims, Interests and Encumbrances, Granting the Successful Bidder Good Faith Status, Waiving the Ten-Day Stay of the Sale Order; and (7) Granting Such Other Relief as Proper. Remote electronic access to the transcript is restricted until 11/13/2014. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: eScribers, LLC.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 8/22/2014. Statement of Redaction Request Due By 9/5/2014. Redacted Transcript Submission Due By 9/15/2014. Transcript access will be restricted through 11/13/2014. (Braithwaite, Kenishia) (Entered: 08/19/2014) |
| 08/20/2014 | 32 (12 pgs; 3 docs) | Order signed on 8/20/2014 (I) Approving Bidding Procedures, (II) Approving a Break-Up Fee, (III) Approving the Form and Manner of Notice, and (IV) Scheduling an Auction and Sale Hearing (related document(s)24). Hearing to be held on 9/23/2014 at 10:00 AM at Courtroom 118, White |

| | | |
|---|---|---|
| | | Plains Courthouse. Objection Due by 9/20/2014 at 5:00 PM. (Correa, Mimi) (Entered: 08/20/2014) |
| 08/22/2014 | 33 (2 pgs) | Affidavit of Service *for Notice of Auction and Invitation to Bid on assets* (related document(s)32) filed by Anne J. Penachio on behalf of Buhre Beverage Distribution, Inc. (Penachio, Anne) (Entered: 08/22/2014) |
| 08/22/2014 | 34 (2 pgs) | Affidavit of Service *for Order signed on 8/20/2014 (I) Approving Bidding Procedures, (II) Approving a Break-Up Fee, (III) Approving the Form and Manner of Notice, and (IV) Scheduling an Auction and Sale Hearing* (related document(s) 32) filed by Anne J. Penachio on behalf of Buhre Beverage Distribution, Inc. (Penachio, Anne) (Entered: 08/22/2014) |
| 09/05/2014 | 35 (3 pgs) | Letter *requesting permission to file claim* filed by susan m bruno on behalf of Soft Drink and Brewery Workers Union Local 812 Retirement Fund. (bruno, susan) (Entered: 09/05/2014) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/05/2014 12:58:31 | | | |
| PACER Login: | mm1170 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 14-22048-rdd Fil or Ent: filed From: 1/1/2014 To: 9/5/2014 Doc From: 0 Doc To: 99999999 Headers: included Format: html Page counts for documents: included |
| Billable Pages: | 6 | Cost: | 0.60 |