EXHIBIT "R"

# Southern District of New York
# Claims Register

### 14-22048-rdd Buhre Beverage Distribution, Inc

| | |
|---|---|
| **Judge:** Robert D. Drain | **Chapter:** 11 |
| **Office:** White Plains | **Last Date to file claims:** 05/22/2014 |
| **Trustee:** | **Last Date to file (Govt):** |

| Creditor: (6423276)<br>New York State Department of Labor<br>Unemployment Insurance Division<br>State Office Campus, Building #12,<br>Room 256<br>Albany, New York 12240 | **Claim No: 1**<br>Original Filed<br>Date: 01/27/2014<br>Original Entered<br>Date: 01/28/2014 | Status:<br>Filed by: CR<br>Entered by: Eddie Andino<br>Modified: |
|---|---|---|

| Amount | claimed: | $12.75 | |
|---|---|---|---|
| Priority | claimed: | $12.75 | |

History:

| Details | | 1-1 | 01/27/2014 | Claim #1 filed by New York State Department of Labor, Amount claimed: $12.75 (Andino, Eddie ) |
|---|---|---|---|---|

Description:

Remarks:

| Creditor: (6432339)<br>internal revenue service<br>insolvencey section po box 21126<br>philadephia, pa 19114 | **Claim No: 2**<br>Original Filed<br>Date: 02/11/2014<br>Original Entered<br>Date: 02/11/2014<br>Last Amendment<br>Filed: 08/01/2014<br>Last Amendment<br>Entered: 08/01/2014 | Status:<br>Filed by: CR<br>Entered by: Maria Valerio<br>Modified: |
|---|---|---|

| Amount | claimed: | $1254.00 | |
|---|---|---|---|
| Secured | claimed: | $0.00 | |
| Priority | claimed: | $84.00 | |

History:

| Details | | 2-2 | 08/01/2014 | Amended Claim #2 filed by internal revenue service, Amount claimed: $1254.00 (Valerio, Maria ) |
|---|---|---|---|---|
| Details | | 2-1 | 02/11/2014 | Claim #2 filed by internal revenue service, Amount claimed: $184.00 (Valerio, Maria ) |

Description:

Remarks:

| Creditor: (6415654)<br>WILLIAM SANCHEZ<br>145 GEORGETOWN ROAD<br>WESTON, CT 06883 | **Claim No: 3**<br>Original Filed Date: 05/19/2014<br>Original Entered Date: 05/19/2014 | Status:<br>Filed by: CR<br>Entered by: Michael G. McAuliffe<br>Modified: |
|---|---|---|

| Amount | claimed: | $978000.00 | |
|---|---|---|---|
| Secured | claimed: | $978000.00 | |

| History: | | | |
|---|---|---|---|
| Details | 3-1 | 05/19/2014 | Claim #3 filed by WILLIAM SANCHEZ, Amount claimed: $978000.00 (McAuliffe, Michael ) |

Description: (3-1) sale of stock and business assets

Remarks:

| Creditor: (6496535)<br>Bhaveen Sapra<br>22 Stony Hollow<br>Chappaqua, NY 10514 | **Claim No: 4**<br>Original Filed Date: 05/22/2014<br>Original Entered Date: 05/22/2014 | Status:<br>Filed by: CR<br>Entered by: Anne J. Penachio<br>Modified: |
|---|---|---|

| Amount | claimed: | $177500.00 | |
|---|---|---|---|

| History: | | | |
|---|---|---|---|
| Details | 4-1 | 05/22/2014 | Claim #4 filed by Bhaveen Sapra, Amount claimed: $177500.00 (Penachio, Anne ) |

Description: (4-1) Profits from goods sold, salary, commissions and attorney's fees

Remarks:

| Creditor: (6496738)<br>Pepsi-Cola Bottling Company of New York, Inc.<br>Greenbaum Rowe Smith & Davis, LLP<br>75 Livingston Ave., Suite 301<br>Roseland, NJ 07068 | **Claim No: 5**<br>Original Filed Date: 05/22/2014<br>Original Entered Date: 05/22/2014 | Status:<br>Filed by: CR<br>Entered by: Admin.<br>Modified: |
|---|---|---|

| Amount | claimed: | $36551.88 | |
|---|---|---|---|
| Unsecured | claimed: | $36551.88 | |

| History: | | | |
|---|---|---|---|
| Details | 5-1 | 05/22/2014 | Claim #5 filed by Pepsi-Cola Bottling Company of New York, Inc., Amount claimed: $36551.88 (Admin.) |

Description:

Remarks:

| Creditor: (6531299)<br>New York State Department of Taxation & Finance<br>Bankruptcy Section<br>P O Box 5300<br>Albany New York 12205-0300 | Claim No: 6<br>Original Filed<br>Date: 07/16/2014<br>Original Entered<br>Date: 07/16/2014 | Status:<br>Filed by: CR<br>Entered by: Elaine C. Wallace<br>Modified: |
|---|---|---|
| Amount claimed: $1000.00 | | |

| History: | | | |
|---|---|---|---|
| Details | 6-1 | 07/16/2014 | Claim #6 filed by New York State Department of Taxation & Finance, Amount claimed: $1000.00 (Wallace, Elaine ) |
| Description: (6-1) pre petition proof of claim | | | |
| Remarks: | | | |

## Claims Register Summary

**Case Name:** Buhre Beverage Distribution, Inc
**Case Number:** 14-22048-rdd
**Chapter:** 11
**Date Filed:** 01/13/2014
**Total Number Of Claims:** 6

| Total Amount Claimed* | $1194318.63 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| Secured | $978000.00 | |
| Priority | $96.75 | |
| Administrative | | |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/05/2014 12:59:53 | | | |
| PACER Login: | mm1170 | Client Code: | |
| Description: | Claims Register | Search Criteria: | 14-22048-rdd Filed or Entered From: 1/1/2014 Filed or Entered To: 9/5/2014 |
| Billable Pages: | 1 | Cost: | 0.10 |