EXHIBIT "T"

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS
-----------------------------------------------------------------X
In re:

BUHRE BEVERAGE DISTRIBUTION, INC.,

Chapter 11

Case No. 14-22048-rdd

                         Debtor.
-----------------------------------------------------------------X

WILLIAM SANCHEZ,

                         Plaintiff,              Adv. Pro. No.: 14-08218-rdd

    -against-

BUHRE BEVERAGE DISTRIBUTION, INC.,
BHAVEEN SAPRA and BRUCKNER BEVERAGE, INC.,

                         Defendants.
-----------------------------------------------------------------X

STATE OF             )
                             )ss
COUNTY OF       )

      JOHN BROWN, being duly sworn, deposes and says:

      1.      I make this affidavit in support of Plaintiff's Motion seeking the entry of an order: (a) pursuant to Federal Rule of Bankruptcy Procedure ("FRBP") 7056 and Federal Rule of Civil Procedure ("FRCP") 56 granting summary judgment against BUHRE BEVERAGE DISTRIBUTION, INC. (alternatively, "Buhre" and the "Debtor"), BHAVEEN SAPRA ("B. Spara"), and BRUCKNER BEVERAGE, INC. ("Bruckner") (collectively, the "Defendants")[1],

---

[1] PEPSI-COLA BOTTLING COMPANY OF NEW YORK, INC. ("Pepsi") was originally a defendant in this adversary proceeding, but the adversary proceeding was dismissed as against Pepsi, with prejudice, pursuant to a Stipulation between Sanchez and Pepsi which was "so

1

Sapra"), and BRUCKNER BEVERAGE, INC. ("Bruckner") (collectively, the "Defendants")[1], the Defendants herein, on the first and third claims for relief in the Plaintiff's complaint in this adversary proceeding; and (b) granting the Plaintiff such other, and further relief as the Court deems to be just and proper under the circumstances.

2. I worked as a driver for Buhre while it was operated by Sanchez, and remained with the Debtor upon it's sale to B. Sapra.

3. Upon the sale of Buhre to the Debtor, I acted as the Debtor's primary driver. Commencing March 17, 2014, at the end of each day I gave all cash proceeds to B. Sapra. Furthermore, B. Sapra alone was responsible for collecting from Tremont Beverage.

4. I tendered my resignation on March 28, 2014, effective immediately, due to my inability to work with B. Sapra.

JOHN BROWN

Sworn to before me this
4th day of September, 2014

Notary Public

LYNFORD J BAILEY
Notary Public - State of New York
NO. 01BA6289901
Qualified in Bronx County
My Commission Expires _____

---

[1] PEPSI-COLA BOTTLING COMPANY OF NEW YORK, INC. ("Pepsi") was originally a defendant in this adversary proceeding, but the adversary proceeding was dismissed as against Pepsi, with prejudice, pursuant to a Stipulation between Sanchez and Pepsi which was "so ordered" by this Court on July 24, 2014.

2