UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS
-------------------------------------------------------------------X
In re:

BUHRE BEVERAGE DISTRIBUTION, INC.,

                Debtor.

Chapter 11

Case No. 14-22048-rdd

-------------------------------------------------------------------X
WILLIAM SANCHEZ,

                Plaintiff,

    -against-

BUHRE BEVERAGE DISTRIBUTION, INC.,
BHAVEEN SAPRA and BRUCKNER BEVERAGE, INC.

                Defendants.

Adv. Pro. No.: 14-08218-rdd

-------------------------------------------------------------------X

## AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL

STATE OF NEW YORK )
                           )
COUNTY OF SUFFOLK )

    Andrea Savin, being duly sworn, deposes and says:

    I am not a party in the above referenced action, am over 18 years of age and reside in Nassau County, New York. On September 5, 2014, I served a copy of the **"Notice of Motion, Statement under Local Rule 7056-1, Memorandum of Law and Exhibits"**, by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the entities set forth below, at the last known address set forth after each name as follows:

                Anne J. Penachio
                Penachio Malara LLP
                235 Main Street, Sixth Floor
                White Plains, NY 10601

United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

                    */s/ Andrea Savin*
                    Andrea Savin

Sworn to before me this 5th
day of September, 2014

*/s/ Michael G. Mc Auliffe*
Notary Public