PENAP

# U.S. Bankruptcy Court
## Southern District of New York (White Plains)
## Adversary Proceeding #: 14-08218-rdd

*Assigned to:* Judge Robert D. Drain  *Date Filed:* 04/04/14
*Lead BK Case:* 14-22048
*Lead BK Title:* Buhre Beverage Distribution, Inc
*Lead BK Chapter:* 11
*Demand:*

*Nature[s] of Suit:*  21 Validity, priority or extent of lien or other interest in property
72 Injunctive relief - other

*Plaintiff*

---

**William Sanchez**   represented by **Michael G. McAuliffe**
68 South Service Road
Suite 100
Melville, NY 11747
(631) 465-0044
Fax : (631) 465-0045
Email: mgmlaw@optonline.net
*LEAD ATTORNEY*

V.

*Defendant*

---

**Buhre Beverage Distribution, Inc**   represented by **Anne J. Penachio**
22 Stony Hollow   Penachio Malara LLP
Chappaqua, NY 10514   235 Main Street
Tax ID / EIN: 26-0111840   Sixth Floor
White Plains, NY 10601
(914) 946-2889
Fax : (914) 946-2882
Email: apenachio@pmlawllp.com

*Defendant*

---

**Bhaveen Sapra**  
22 Stony Hollow  
Chappaqua, NY 10514

represented by **Anne J. Penachio**  
(See above for address)

*Defendant*

**Bruckner Beverage, Inc.**  
22 Stony Hollow  
Chappaqua, NY 10514

represented by **Anne J. Penachio**  
(See above for address)

| Filing Date | # | Docket Text |
|---|---|---|
| 04/04/2014 | 1 (173 pgs; 13 docs) | Adversary case 14-08218. Complaint against Buhre Beverage Distribution, Inc, Bhaveen Sapra, Bruckner Beverage, Inc., Pepsi-Cola Bottling Company of New York, Inc. . Nature(s) of Suit: (21 (Validity, priority or extent of lien or other interest in property)), (72 (Injunctive relief - other)) Filed by William Sanchez. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H # 9 Exhibit I # 10 Exhibit J # 11 Exhibit K # 12 Exhibit L) (McAuliffe, Michael) (Entered: 04/04/2014) |
| 04/04/2014 |  | Receipt of Complaint(14-08218-rdd) [cmp,cmp] ( 293.00) Filing Fee. Receipt number 10028378. Fee amount 293.00. (Re: Doc # 1) (U.S. Treasury) (Entered: 04/04/2014) |
| 04/07/2014 | 2 (1 pg) | Summons with Notice of Pre-Trial Conference issued by Clerk's Office with Pre-Trial Conference set for 6/18/2014 at 10:00 AM at Courtroom 118, White Plains Courthouse (RDD). Answer due by 5/7/2014. (Andino, Eddie) (Entered: 04/07/2014) |
| 04/10/2014 | 3 (2 pgs) | Affidavit of Service (related document(s)2, 1) filed by Michael G. McAuliffe on behalf of William Sanchez. (McAuliffe, Michael) (Entered: 04/10/2014) |
|  | 4 (32 pgs; 7 docs) | Proposed Motion for Temporary Restraining Order filed by Michael G. McAuliffe on behalf of William Sanchez. (Attachments: # 1 Affirmation # 2 Affirmation # 3 9077 Affirmation # 4 Exhibit A # 5 Exhibit B # 6 Exhibit C) |

| | | |
|---|---|---|
| 04/30/2014 | | (McAuliffe, Michael) (Entered: 04/30/2014) |
| 05/02/2014 | [5](#) (32 pgs; 7 docs) | Notice of Hearing *to Consider the Motion Seeking a Temproary Restraining Order and Related Relief* filed by Michael G. McAuliffe on behalf of William Sanchez. with hearing to be held on 5/13/2014 at 10:00 AM at Courtroom 118, White Plains Courthouse (Attachments: # [1](#) Mc Auliffe Affirmation # [2](#) Penachio Affirmation # [3](#) Exhibit A # [4](#) Exhibit B # [5](#) Exhibit C # [6](#) Affidavit of Service)(McAuliffe, Michael) (Entered: 05/02/2014) |
| 05/08/2014 | [6](#) (2 pgs) | Stipulation and Order signed on 5/8/2014 Extending the Time of Defendants to Answer or Otherwise Move. The Buhre Defedants time to answer or otherwise move in response to the Complaint in the within action is extended to and including June 1, 2014 without prejudice to further extension (related document(s)[1](#)). (Andino, Eddie) (Entered: 05/08/2014) |
| 05/08/2014 | [7](#) (2 pgs) | Notice of Appearance in Adversary Proceeding filed by Nancy Isaacson on behalf of Pepsi-Cola Bottling Company of New York, Inc.. (Isaacson, Nancy) (Entered: 05/08/2014) |
| 05/12/2014 | [8](#) (1 pg) | Letter *confirming adjournment of hearing* (related document(s)[5](#)) filed by Michael G. McAuliffe on behalf of William Sanchez. (McAuliffe, Michael) (Entered: 05/12/2014) |
| 05/28/2014 | [9](#) (4 pgs) | Stipulation *adjourning Motion to June 18, 2014 at 10:00 a.m.* (related document(s)[4](#)) filed by Michael G. McAuliffe on behalf of William Sanchez. (McAuliffe, Michael) (Entered: 05/28/2014) |
| 05/28/2014 | [10](#) (2 pgs; 2 docs) | Application for Pro Hac Vice Admission filed by Thomas A. Waldman on behalf of Pepsi-Cola Bottling Company of New York, Inc.. (Attachments: # [1](#) Pleading Proposed Order Pro Hac Vice Admission) (Waldman, Thomas) (Entered: 05/28/2014) |
| 05/28/2014 | | Receipt of Application for Pro Hac Vice Admission(14-08218-rdd) [motion,122] ( 200.00) Filing Fee. Receipt number 10121878. Fee amount 200.00. (Re: Doc # [10](#)) (U.S. Treasury) (Entered: 05/28/2014) |

| | | |
|---|---|---|
| 05/29/2014 | <u>11</u><br>(1 pg) | Order signed on 5/29/2014 Granting Application for admission of Thomas A. Waldman, Esq Pro Hac Vice (Related Doc # <u>10</u>) . (Andino, Eddie) (Entered: 05/29/2014) |
| 06/03/2014 | <u>12</u><br>(2 pgs) | Stipulation and Order signed on 6/2/2014 Extending the Time of Defendants to Answer or Otherwise Move. (Tavarez, Arturo) (Entered: 06/03/2014) |
| 06/04/2014 | <u>13</u><br>(2 pgs) | So Ordered Stipulation signed on 6/4/2014 Extending the Time of Defendant Pespsi-Cola Bottling Company of New York, Inc. to Answer or Otherwise Move to and including June 10, 2014 . (Andino, Eddie) (Entered: 06/04/2014) |
| 06/06/2014 | <u>14</u><br>(5 pgs) | Answer to Complaint (Related Doc # <u>1</u>) (related document(s)<u>1</u>) filed by Thomas A. Waldman on behalf of Pepsi-Cola Bottling Company of New York, Inc.. (Waldman, Thomas) (Entered: 06/06/2014) |
| 06/11/2014 | <u>15</u><br>(1 pg) | Letter *confirming adjournment* (related document(s)<u>5</u>) filed by Michael G. McAuliffe on behalf of William Sanchez with hearing to be held on 8/8/2014 at 10:00 AM at Courtroom TBA, White Plains Courthouse (RDD) (McAuliffe, Michael) (Entered: 06/11/2014) |
| 06/11/2014 | <u>16</u><br>(6 pgs) | Answer to Complaint (Related Doc # <u>1</u>) (related document(s)<u>1</u>) filed by Anne J. Penachio on behalf of Bruckner Beverage, Inc., Buhre Beverage Distribution, Inc, Bhaveen Sapra. (Penachio, Anne) (Entered: 06/11/2014) |
| 07/08/2014 | <u>17</u><br>(2 pgs) | Letter *requesting pre motion conference* filed by Michael G. McAuliffe on behalf of William Sanchez. (McAuliffe, Michael) (Entered: 07/08/2014) |
| 07/24/2014 | <u>18</u><br>(2 pgs) | Stipulation of Dismissal of Adversary Proceeding signed on 7/24/2014 as Against Defendant Pepsi-Cola Bottling Company of New York, Inc. and Withdrawing Plaintiff William Sanchez' Motion for Preliminary Injunctive Relief (related document(s)<u>5</u>, <u>1</u>, <u>4</u>). (Andino, Eddie) (Entered: 07/24/2014) |
| | <u>19</u> | Transcript regarding Hearing Held on August 8, 2014 at |

| | | |
|---|---|---|
| 08/15/2014 | | 10:33 AM RE: Pre-Trial Conference. Remote electronic access to the transcript is restricted until 11/13/2014. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: eScribers, LLC.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 8/22/2014. Statement of Redaction Request Due By 9/5/2014. Redacted Transcript Submission Due By 9/15/2014. Transcript access will be restricted through 11/13/2014. (Braithwaite, Kenishia) (Entered: 08/19/2014) |
| 09/05/2014 | [20](#) (274 pgs; 24 docs) | Motion for Summary Judgment filed by Michael G. McAuliffe on behalf of William Sanchez with hearing to be held on 9/23/2014 at 10:00 AM at Courtroom 118, White Plains Courthouse (Attachments: # 1 7056 Statement # 2 Exhibit A # 3 Exhibit B # 4 Exhibit C # 5 Exhibit D # 6 Exhibit E # 7 Exhibit F # 8 Exhibit G # 9 Exhibit H # 10 Exhibit I # 11 Exhibit J # 12 Exhibit K # 13 Exhibit L # 14 Exhibit M # 15 Exhibit N # 16 Exhibit O # 17 Exhibit P # 18 Exhibit Q # 19 Exhibit R # 20 Exhibit S # 21 Exhibit T # 22 Memorandum of Law # 23 Affidavit of Service) (McAuliffe, Michael) (Entered: 09/05/2014) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/19/2014 09:21:29 | | | |
| PACER Login: | ap0176 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 14-08218-rdd Fil or Ent: filed From: 9/5/2010 To: 9/19/2014 Doc From: 0 Doc To: 99999999 Headers: included Format: html Page counts for documents: included |
| Billable Pages: | 3 | Cost: | 0.30 |