UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS
------------------------------------------------------------X
In re:

BUHRE BEVERAGE DISTRIBUTION, INC.,

Chapter 11

Case No. 14-22048-rdd

Debtor.
------------------------------------------------------------X

WILLIAM SANCHEZ,

            Plaintiff,

Adv. Pro. No.: 14-08218-rdd

  -against-

BUHRE BEVERAGE DISTRIBUTION, INC.,
BHAVEEN SAPRA, BRUCKNER BEVERAGE, INC.
and PEPSI-COLA BOTTLING COMPANY OF NEW
YORK, INC.,

**NOTICE TO TAKE
EXAMINATION BEFORE TRIAL**

            Defendants.
------------------------------------------------------------X

**PLEASE TAKE NOTICE**, that pursuant to Federal Rules of Bankruptcy Procedure 7026 and 7030, and Federal Rules of Civil Procedure 26 and 30 and the Local Rules for the U.S. Bankruptcy Court for the Southern District of New York, the Plaintiff William Sanchez ("Sanchez"), by and through his counsel The Law Office of Michael G. Mc Auliffe, Esq., will take the deposition on oral examination of the Defendant Bhaveen Sapra ("Sapra") on August 26, 2014 at 10:30 a.m. at the offices of Penachio Malara, LLP, 235 Main Street, Suite 610, White Plains, New York 10601, with respect to evidence material and necessary in the defense of this action. The deposition will continue from day to day until completed.

PLEASE TAKE FURTHER NOTICE, that you are required to bring all documents reviewed by the deponent in preparation for the deposition and which were used to refresh the deponent's recollection.

Dated: Melville, New York  
August 8, 2014

Law Office of Michael G. Mc Auliffe, Esq.  
Counsel to William Sanchez

By: _____*/s/ Michael G. Mc Auliffe*_____  
Michael G. Mc Auliffe, Esq.  
68 South Service Road, Suite 100  
Melville, New York 11747  
(631) 465-0044

To: Anne Penachio, Esq.  
Attorneys for Sapra  
235 Main Street, Suite 610  
White Plains, NY 10601

Bhaveen Sapra  
22 Stony Hollow  
Chappaqua, NY 10514