# Law Office of Michael G. Mc Auliffe, Esq.
68 South Service Road, Suite 100
Melville, New York 11747
Telephone (631) 465-0044
Facsimile (631) 465-0045
mgmlaw@optonline.net

September 22, 2014

**Via ECF**

Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4140

> Re: **In re Buhre Beverage Distribution, Inc.**
> **Case No. 14-22048-rdd**
>
> **William Sanchez v. Buhre Beverage Distribution, Inc., at al**
> **Adv. Pro. No.: 14-08218-rdd**

Dear Judge Drain:

This office is counsel to William Sanchez, the Plaintiff in the above referenced adversary proceeding. Pursuant my conversation with Chambers, please let this letter confirm that the Debtor's Sale Motion (Docket #24 in the main case) and Plaintiff's Motion for Summary Judgment (Docket#20 in the adversary proceeding) scheduled for September 23, 2014 shall be adjourned to November 3, 2014 at 10:00 a.m.

Thank you for your kind attention to this matter.

Respectfully,

/s/ *Michael G. Mc Auliffe*

Michael G. Mc Auliffe

MGM/as
cc: Anne Penachio, Esq., Counsel to Buhre Beverage, Bhaveen Sapra
and Bruckner Beverage (Via Email)
Thomas Waldman, Esq., counsel to Pepsi (Via Email)
William Sanchez (Via Email)