```
12/27/2012      WIRE TYPE:WIRE IN DATE: 121227 TIME:1529 ET TRN:2012122700275061
   105,000.00    115,297.13
                SEQ:LCT23620556600/

12/27/2012      Check 135
      -860.00    114,437.13
12/27/2012      BEST BUY #822 12/27 #000006861 PURCHASE BEST BUY #822 HARTSDALE NY
      -407.97    114,029.16
12/27/2012      BKOFAMERICA ATM 12/27 #000002914 WITHDRWL CHAPPAQUA CHAPPAQUA NY
      -200.00    113,829.16
12/27/2012      CHECKCARD 1225 LE JARDIN DU ROI CHAPPAQUA NY 24736932361001614298525
       -42.68    113,786.48
12/27/2012      CHECKCARD 1226 APL*APPLE ITUNES STORE 866-712-7753 CA
       -32.20    113,754.28

12/27/2012      CHECKCARD 1223 PERSONALIZED CHRISTMAS WHITE PLAINS NY
       -27.20    113,727.08
                24019512361361150135301

12/27/2012      WHOLE FOODS MA 12/27 #000020263 PURCHASE 110 Bloomingdale White
Plains         -19.15    113,707.93
                NY

12/27/2012      Wire Transfer Fee
       -12.00    113,695.93
12/28/2012      CHECKCARD 1227 BEST BUY MHT 00008227 HARTSDALE NY
       338.19    114,034.12

12/28/2012      CUSTOMER WITHDRAWAL IMAGE
   -65,000.00     49,034.12
12/28/2012      NY TLR transfer to CHK 7596 Banking Ctr CHAPPAQUA #00
      -600.00     48,434.12
12/28/2012      NY TLR cash withdrawal from CHK 7147 Banking Ctr CHAPPAQUA #00
      -300.00     48,134.12
12/28/2012      BKOFAMERICA ATM 12/28 #000003365 WITHDRWL CHAPPAQUA CHAPPAQUA NY
      -520.00     47,614.12
12/28/2012      Check 137
      -500.00     47,114.12
12/28/2012      CHECKCARD 1227 APL*APPLE ITUNES STORE 866-712-7753 CA
      -107.36     47,006.76

12/28/2012      Check 134
       -55.00     46,951.76
12/28/2012      EON MARKET 12/28 #000996442 PURCHASE 4714 30TH AVENUE ASTORIA NY
       -27.21     46,924.55
12/28/2012      CHECKCARD 1226 BHAVIK GROCERY ELMSFORD NY 24
       -26.52     46,898.03
12/28/2012      CHECKCARD 1227 WP PARKING DEPARTMENT 9144221232 NY
        -0.50     46,897.53

12/31/2012      CT TLR cash withdrawal from CHK 7147 Banking Ctr GREENWICH TRUST #00
   -35,000.00     11,897.53
12/31/2012      CHECKCARD 1229 ZARA USA 3704 GREENWICH CT 24792622365207276200329
      -287.02     11,610.51
12/31/2012      BKOFAMERICA ATM 12/28 #000005433 WITHDRWL CHAPPAQUA CHAPPAQUA NY
      -200.00     11,410.51
12/31/2012      CHECKCARD 1227 EXXONMOBIL 97494330 HICKSVILLE NY
```