**430097**    **2013 Aug 04 PM10:10**

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Allan M. Stern 516-747-6223

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

Allan M. Stern, Esq.
P.O. Box 823
Glenwood Landing, NY 11545, USA

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME: Buhre Beverage Dist., Inc.

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 22 Stony Hollow | Chappaqua | NY | 10514 | USA |

1d. TYPE OF ORGANIZATION: Corporation
1e. JURISDICTION OF ORGANIZATION: NY

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

2a. ORGANIZATION'S NAME: Bruckner Beverage Inc.

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 22 Stony Hollow | Chappaqua | NY | 10514 | USA |

2d. TYPE OF ORGANIZATION: Corporation
2e. JURISDICTION OF ORGANIZATION: NY

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3b. INDIVIDUAL'S LAST NAME: Sanchez    FIRST NAME: William

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 145 Georgetown Road | Weston | Ct | 06883 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**
Share of stock of Bruckner Beverage Inc. and the assets of Buhre Beverage Dist., Inc.

**5. ALTERNATIVE DESIGNATION [if applicable]:** LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING

**6.** This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable]
**7.** Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional]: All Debtors | Debtor 1 | Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

**Filing Number-20130804831 6959**