EXHIBIT "B"




Home | Register | Contact Us

# INTERNATIONAL 4300 For Sale

Number of Matches: 11 | This Page: 1 Of 1

EMAIL THIS  VIEW HIGH LOW  PRINT THIS  THUMBNAIL  FINANCIAL
AVERAGE  PHOTOS OFF  CALCULATOR

USD ▼ | Go | Save         Sort Order: Model ▼

**HUGE END OF YEAR AUCTION** — AuctionTime.com
**MONDAY DEC 29TH - WEDNESDAY DEC 31ST**

Show Closest First:  Enter Postal Code: _____ Search   Save Postal Code   Status: ON / OFF   What's This?

## FEATURED LISTINGS



### 2003 INTERNATIONAL 4300
DT466 215 hp; 6 Spd; 4.11 Ratio; Drive Side: Left Hand Drive; 10K Front Axle, 21K Rear Axle, 31K GVWR, ""8 Bay Aluminum Body. Body and Truck in good running condition! (frame rail not cut into for...

Mileage: 215,727 mi          Price: US $13,900
Horsepower: 215
Stock Number: 3N583345
Condition: Used

PLILER INTERNATIONAL
Texas
Phone: (800)256-8778
or (903)758-3351

View Details

Updated: 8/5/2014 11:48:00 AM



### 2008 INTERNATIONAL 4300
Standard Cab; DT466 195 hp; Diesel Fuel Type; Automatic; Spring Suspension; 5.29 Ratio; 11R22.5 Tires; All Steel Wheels; 231 in Wheelbase; Single Axle; Roll up Door; 10,000 lb Rear Axle Weight...

Mileage: 174,846 mi          Price: US $24,900
Horsepower: 195
Stock Number: U3809
Condition: Used

GATR TRUCK CENTER
Iowa
Phone: (800)747-1130

View Details

Updated: 10/28/2014 7:56:00 AM



### 2005 INTERNATIONAL 4300
Standard Cab; DT 466 210 hp; Diesel Fuel Type; Automatic OD; Spring Suspension; 5.57 Ratio; Single Axle; 25,999 lb Gross Vehicle Weight; Roll up Door; 17,500 lb Rear Axle Weight; 10,000 lb Front Axle...

Mileage: 62,000 mi           Price: Call
Horsepower: 210
VIN: 5H136086
Stock Number: consignment

FRONTIER
INTERNATIONAL TRUCKS
Oklahoma
Phone: (888)225-9636

View Details

Updated: 10/22/2014 4:12:00 PM

## GENERAL LISTINGS

### 2006 INTERNATIONAL 4300

L.T. Verrastro Inc.



Standard Cab; International Engine 190 hp; Diesel Fuel Type; Automatic; 4 Spring Suspension; Single Axle; Roll up Door; Drive Side: Left Hand Drive; 2006 International 8 Bay Reliable Beverage style...

Mileage: 135,000 mi
Horsepower: 190
Condition: Used

Price: US $23,500

Pennsylvania
Phone: 18003411200ex113

View Details

Updated: 9/15/2014 1:14:00 PM



### 2002 INTERNATIONAL 4300

International Engine 215 hp; Diesel Fuel Type; 6 Spd; Air Ride Suspension; 4.0 Ratio; Hub Tires; All Aluminum Wheels; 165 in Wheelbase; 12,000 lb Gross Vehicle Weight; Drive Side: Left Hand Drive;

Horsepower: 215
VIN: 1HTMMAAL92H526912
Stock Number: 701804
Condition: Used

Price: US $16,000

Penske - Torrance
California
Phone: (888)492-9284

View Details

Updated: 9/30/2014 11:27:00 AM



### 2008 INTERNATIONAL 4300

Standard Cab; MaxxForceDT International Engine 245 hp; Diesel Fuel Type; Automatic; Spring Suspension; 11R22.5 Tires; Steel Disc Wheels; Single Axle; 25,999 lb Gross Vehicle Weight; Roll up Door...

Mileage: 116,000 mi
Horsepower: 245
Stock Number: TP-9723
Condition: Used

Price: US $42,500

Buck's Trucks, LLC
South Carolina
Phone: (888)905-3093

View Details

Updated: 10/23/2014 10:09:00 AM



### 2007 INTERNATIONAL 4300

Standard Cab; DT466 International Engine 225 hp; Ultrashift; Spring Suspension; 5.57 Ratio; Steel Disc Wheels; 254 in Wheelbase; Single Axle; 25,500 lb Gross Vehicle Weight; 17,500 lb Rear Axle...

Mileage: 175,000 mi
Horsepower: 225
VIN: 7H414396
Stock Number: 1224

Price: US $14,000

SCHULTZ EQUIPMENT & PARTS
Michigan
Phone: (888)668-9851

View Details

Updated: 10/27/2014 3:26:00 PM



### 2004 INTERNATIONAL 4300

Standard Cab; DT466 7.6L International Engine; Diesel Fuel Type; Automatic; Leaf Springs Suspension; 265/75R22.5G Tires; Single Axle; 25,999 lb Gross Vehicle Weight; Roll up Door; 19,000 lb Rear Axle...

Mileage: 173,433 mi
VIN: 1HTMMAAL14H658165
Stock Number: TP658165
Condition: Used

Price: US $14,500

Gilbert Motor Company
South Carolina
Phone: (888)499-2415

View Details

Updated: 10/29/2014 11:48:00 AM



### 2010 INTERNATIONAL 4300

Standard Cab; MFDT International Engine 210 hp; Diesel Fuel Type; 6 SPD; Engine Brake; Spring Suspension; 4.11 Ratio; 22.5 Tires; All Steel Wheels; 175 in Wheelbase; Single Axle; Drive Side: Left...

Mileage: 219,245 mi
Horsepower: 210

Price: US $24,500

PENSKE TRUCK LEASING
Nova Scotia, Canada
Phone: (855)237-5686

View Details

VIN: 1HTMMAAL2AH208519
Stock Number: 573207
Updated: 10/30/2014 6:05:00 AM



### 2007 INTERNATIONAL 4300

DT466 International Engine 210 hp; Automatic; Spring Suspension; 3.55 Ratio; 22.5 Tires; All Steel Wheels; 189 in Wheelbase; 25,500 lb Gross Vehicle Weight; 17,500 lb Rear Axle Weight; 8,000 lb Front...

Mileage: 195,062 mi　　Price: US $24,900
Horsepower: 210
Stock Number: 07IH142
Condition: Used

VANDERHAAG'S INC
Iowa
Phone: (866)487-5030

View Details

Updated: 10/17/2014 4:18:00 PM



### 2007 INTERNATIONAL 4300

Standard Cab; DT466E International Engine 210 hp; Diesel Fuel Type; Automatic; Spring Suspension; 245/70R19.5 Tires; Steel Disc Wheels; 187 in Wheelbase; Single Axle; 25,999 lb Gross Vehicle Weight...

Mileage: 115,000 mi　　Price: US $32,500
Horsepower: 210
Stock Number: TP-9587
Condition: Used

Buck's Trucks, LLC
South Carolina
Phone: (888)905-3093

View Details

Updated: 10/2/2014 8:38:00 AM

---

Enter search information and click the Search button below. Use the TAB key to move between fields.

○ Auction Results　● Equipment For Sale　○ Equipment For Rent　○ Online Auction Listings

**Category:** Medium Duty Trucks - Class 4-6 GVW 14,000-26,000 lbs ▼

**Subcategory:** Beverage Trucks ▼

**Select Mfr:** INTERNATIONAL / All / CHEVROLET / FORD　　**OR Enter Manufacturer:**

To select more than one manufacturer, hold down the CTRL key while you click the names.

**Model:** 4300　　○ Starts With　● Contains　○ Exact Match

To search for multiple models, simply enter a comma between each model number. (Ex. T600A, T800)

**Price From (in US $):**　　**Price To (in US $):**

**Year From:** All ▼　　**Year To:** All ▼

**Mileage From:**　　**Mileage To:**

**Weight From:**　　**Weight To:**

**Length:** ___ (feet only) ___ (inches only)

**Liftgate:** ○ Yes ○ No ● Show All

**VIN / Stock #:**

**Cab:** Select Cab Type ▼

**Condition:** ◯ New ◯ Used ◯ Salvage ◉ Show All

**Certified:** ☐

**Engine:** [All ▼]

**Horse Power:** Minimum: _____ Maximum: _____

**Transmission:** [All ▼]

**Min. Sleeper Size:** _____ (in inches) **Max Sleeper Size:** _____ (in inches)

**Sleeper Type:** [All ▼]

**Suspension:** [All ▼]

**Keyword Search:** _____

**Country:**
```
All
USA
Canada
Australia / Asia & Pacific
```
To select more than one state or country, hold down the CTRL key while you click the names.

**State:**
```
All
Alabama
Alaska
Alberta
```

**Show only listings added in the last** _____ **days. (ex: 30)**

**Sort Order:** [Model ▼]

[Search] [Return To Previous Page]

---

Home    Copyright & Legal Notice    Privacy Policy    Site Map    Contact Us

Copyright © by Sandhills Publishing Company 2014. All rights reserved.