EXHIBIT "C"




Home | Register | Contact Us

# KENWORTH T300 For Sale
Number of Matches: 4 | This Page: 1 Of 1

EMAIL THIS | VIEW HIGH LOW AVERAGE | PRINT THIS | THUMBNAIL PHOTOS OFF | FINANCIAL CALCULATOR

USD ▼ Go Save   Sort Order: Year ▼

## Quick Find
**aa11bb**
Locate the Quick Find code in print.
Enter the code online.
Find more details.   TruckPaper.com

Show Closest First:   Enter Postal Code:  _____   Search   Save Postal Code   Status: ON / OFF   What's This?

## FEATURED LISTINGS



### 2006 KENWORTH T300
C7 Caterpillar Engine 300 hp; Automatic; Hendrickson Suspension; Roll up Door; 11R 22.5 Tires; Tandem Axle; Thermo King Reefer; 54,600 lb Gross Vehicle Weight; Insulated; Drive Side: Left Hand Drive;

Mileage: 232,130 mi           Price: Call
Horsepower: 300
VIN: 2NKMLD9X46M141258
Stock Number: P8581

GOODYEAR MOTORS INC
New Jersey
Phone: (888)558-3854

View Details

Updated: 10/24/2014 11:34:00 AM

## GENERAL LISTINGS



### 2008 KENWORTH T300
Paccar Engine 330 hp; Diesel Fuel Type; 6 Spd; Lift End Gate; All Steel Wheels; Tandem Axle; Carrier Reefer; 62,000 lb Gross Vehicle Weight; Drive Side: Left Hand Drive;

Mileage: 147,092 mi           Price: US $69,000
Length: 26 ft
Horsepower: 330
Stock Number: UD-1094

GABRIELLI TRUCK SALES-MEDFORD
New York
Phone: (888)287-8557

View Details

Updated: 10/8/2014 2:54:00 PM



### 2006 KENWORTH T300
ISC Cummins Engine 285 hp; Diesel Fuel Type; 10 Spd OD; 4 Bag Air Ride Suspension; 28 ft Length x 102 in Width x 13' Height; Roll up Door; 4.63 Ratio; 1122.5 80% Tires; Steel Disc Wheels; Tandem...

Mileage: 133,000 mi           Price: US $41,800
Length: 28 ft
Horsepower: 285
VIN: 6M992525

THUMB TRUCK & TRAILER CO.
Michigan
Phone: (989)453-3133

View Details

Updated: 9/5/2014 3:05:00 PM



### 2006 KENWORTH T300

ISM Cummins Engine 285 hp; Diesel Fuel Type; 10 Spd OD; 28 ft Length x 102 in Width x 13' Height; 100 in Inside Height; 4.63 Ratio; 11R22.5 Tires; 260 in Wheelbase; Tandem Axle; 40,000 lb Rear Axle...

Mileage: 171,897 mi
Length: 28 ft
Horsepower: 285
Stock Number: 3207

Price: US $40,800

**THUMB TRUCK & TRAILER CO.**
Michigan
Phone: (800)852-4925
or (989)453-3133

View Details

Updated: 9/23/2014 2:48:00 PM

---

Enter search information and click the Search button below. Use the TAB key to move between fields.

◉ Auction Results    ◉ Equipment For Sale    ○ Equipment For Rent    ○ Online Auction Listings

**Category:** Heavy Duty Trucks - Class 7-8 GVW over 26,000 lbs ▼

**Subcategory:** Van Trucks / Straight Trucks ▼

**Select Mfr:** KENWORTH / All / CHEVROLET / FORD    **OR Enter Manufacturer:**

To select more than one manufacturer, hold down the CTRL key while you click the names.

**Model:** T300    ○ Starts With   ○ Contains   ◉ Exact Match

To search for multiple models, simply enter a comma between each model number. (Ex. T600A, T800)

**Price From (In US $):**      **Price To (in US $):**

**Year From:** All ▼     **Year To:** All ▼

**Mileage From:**     **Mileage To:**

**Weight From:**     **Weight To:**

**Length:** ___ (feet only) ___ (inches only)

**Liftgate:** ○ Yes   ○ No   ◉ Show All

**VIN / Stock #:**

**Cab:** Select Cab Type ▼

**Condition:** ○ New   ○ Used   ○ Salvage   ◉ Show All

**Certified:** ☐

**Engine:** All ▼

**Horse Power:** Minimum: ___ Maximum: ___

**Axle lbs:** Front: Select A Weight ▼   Or Type In: ___    **Axle:** All / Single / Tandem

Rear: Select A Weight ▼   Or Type In: ___

**Transmission:** All ▼

**Min. Sleeper Size:** ___ (in inches)   **Max Sleeper Size:** ___ (in inches)

**Sleeper Type:** All ▼